# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2010

140720-1

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re D. P., N. E., and N. E., Minors.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

JAMIE MILLER,
        Respondent-Appellant,

and

NICALA EDWARDS and DONTRELL PIERCE,
        Respondents.
_____/

SC: 140720
COA: 293132
Berrien CC Family Division:
2007-000045-NA

In re J. M., Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

JAMIE MILLER,
        Respondent-Appellant,

and

KYLE CORZINE,
        Respondent.
_____/

SC: 140721
COA: 293133
Berrien CC Family Division:
2007-000084-NA

      On order of the Court, the application for leave to appeal the February 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2010

s0323

_____
Clerk